UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8509-WM

UNITED STATES OF AMERICA

v.

RIGOBERTO MARTINEZ-FLORES,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:      (561) 820-8777
Email:    RTribuiani@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

FILED BY KJZ D.C.

**Nov 2, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-8509-WM |
| RIGOBERTO MARTINEZ-FLORES, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 23, 2022  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) and (b)(1) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: November 2, 2022

_____
*Judge's signature*

City and state:  West Palm Beach, FL    William Matthewman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Rigoberto MARTINEZ-FLORES committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about October 23, 2022, Rigoberto MARTINEZ-FLORES was arrested in Palm Beach County, Florida on an outstanding warrant from Broward County for aggravated assault with a deadly weapon, and criminal mischief. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Rigoberto MARTINEZ-FLORES is a native and citizen of Honduras. Records further show that on or about September 30, 1993, Rigoberto MARTINEZ-FLORES was ordered deported. The Order

1

of Deportation was executed on or about October 4, 1993, whereby Rigoberto MARTINEZ-FLORES was deported from the United States and returned to Honduras.

5. Thereafter, Rigoberto MARTINEZ-FLORES re-entered the United States illegally and on or about September 16, 1994, was ordered deported. The Order of Deportation was executed on or about June 22, 1994, whereby Rigoberto MARTINEZ-FLORES was deported from the United States and returned to Honduras for the second time.

6. Thereafter, Rigoberto MARTINEZ-FLORES re-entered the United States illegally, and on or about May 2, 2000, was ordered removed. The Order of Removal was executed on or about May 22, 2009, whereby Rigoberto MARTINEZ-FLORES was removed from the United States and returned to Honduras for the third time.

7. Thereafter, Rigoberto MARTINEZ-FLORES re-entered the United States illegally, his prior order of deportation was re-instated, and on or about November 5, 2010, Rigoberto MARTINEZ-FLORES was removed from the United States and deported to Honduras for the fourth time.

8. Records further show that on or about February 12, 2010, in the United States District Court, Western District of Tennessee, Rigoberto MARTINEZ-FLORES was convicted of the felony offense of illegal re-entry of a deported alien, in case number 09-20358-01-Ma.

9. Rigoberto MARTINEZ-FLORES's fingerprints taken in connection with his October 23, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Rigoberto MARTINEZ-FLORES.

10. A records check was performed in the Computer Linked Application Informational Management System to determine if Rigoberto MARTINEZ-FLORES filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Rigoberto MARTINEZ-FLORES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States, as required by law.

11. Based on the foregoing, I submit that probable cause exists to believe that, on or about October 23, 2022, Rigoberto MARTINEZ-FLORES, an alien who was previously deported and removed from the United States, was found in the United States without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 2nd day of November 2022.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3