**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-80182-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RIGOBERTO MARTINEZ-FLORES**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 17].  On January 12, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 15] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 8].  The Government orally proffered a factual basis for the plea on the record, and Defendant acknowledged that the facts proffered were true and correct.  Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 8].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 17] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Rigoberto Martinez-Flores** as to the sole

CASE NO. 22-80182-CR-CANNON

count of the Indictment is **ACCEPTED**.

3. Defendant **Rigoberto Martinez-Flores** is adjudicated guilty of the sole count of the Indictment, which charges him with illegal reentry after deportation or removal, in violation of 8 U.S.C. § 1326(a) and (b)(1) [ECF No. 8].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 31st day of January 2023.

                                                   AILEEN M. CANNON
                                                   UNITED STATES DISTRICT JUDGE

cc:   counsel of record