UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80182-CR-CANNON

UNITED STATES OF AMERICA

vs.

RIGOBERTO MARTINEZ-FLORES,

        Defendant.
_____/

**Government's Response to Defendant's Objections to**
**Presentence Investigation Report (DE 21)**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this response to the defendant's objections to the Presentence Investigation Report (DE 21).

The defendant objects to PSI ¶ 37 and denies the factual allegations contained therein. PSI ¶ 37 details the underlying facts of the defendant's most recent arrest for aggravated assault with a deadly weapon and criminal mischief. The facts contained therein were obtained from the police reports that documented the incident. U.S.S.G. § 1B1.4 allows the Court to consider, without limitation, any information concerning the background, character and conduct of the defendant, unless otherwise prohibited by law. The information contained in the sworn police reports is considered reliable by the Probation Officer, as set forth in the Addendum to the PSI. The Court should note but overrule the defendant's objection to PSI ¶ 37.

The defendant also objects to two typographical errors set forth in PSI ¶¶ 3 and 5 relating to the defendant's country of nationality and the date that the defendant was previously ordered to be removed from the United States. The Probation Officer corrected these errors by way of the

Addendum, and these issues are now resolved. The Government does not object to the Probation Officer's corrections.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  *s/Rinku Tribuiani*
Assistant United States Attorney
Florida Bar No. 0150990
S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: 561-820-8711
Fax: 561-820-8777

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, April 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

s/ *Rinku Tribuiani*
Assistant United States Attorney

**SERVICE LIST**

**United States of America v. Rigoberto Martinez-Flores**
**Case No. 22-80182-Cannon**
**United States District Court, Southern District of Florida**

**Rinku Tribuiani**
Assistant U.S. Attorney
rinku.tribuiani@usdoj.gov
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: 561-820-8711
Fax: 561-820-8777


**Scott Berry**
Assistant Federal Public Defender
450 S. Australian Avenue, Suite 500
West Palm Beach, Florida 33401
Attorney for Defendant
Method of Service: CM/ECF